UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER JOHNSON and
KEITH HILL,

    Plaintiffs,

v.

                      Civil Case No. 17-11555
                      Honorable Linda V. Parker

PHH MORTGAGE CORPORATION,
PINGORA LOAN SERVICING, LLC,
FEDERAL NATIONAL MORTGAGE
ASSOCIATION, and PRIORITY
RESIDENTIAL SOLUTIONS, INC.,

    Defendants.
_____/

## OPINION AND ORDER

Plaintiffs initiated this lawsuit in state court, challenging the foreclosure of real property located at 6989 Lexington Drive, West Bloomfield, Michigan 48322. Defendants removed the lawsuit to federal court on May 16, 2017. On July 14, 2017, Plaintiffs filed a document with the Court, indicating that their attorney recently was disbarred and that they need a two-month adjournment to find another attorney. (ECF No. 10.) The Court construes Plaintiffs' filing as a motion to withdraw their current counsel and for a stay of this litigation.

This Court finds good cause for withdrawing current counsel's representation of Plaintiffs. The Court will grant Plaintiffs sixty (60) days to seek new counsel. During that period, this matter will be stayed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to withdraw David Lutz and David Lutz Law PC as counsel is **GRANTED**;

**IT IS FURTHER ORDERED** that the proceedings in this matter are stayed for a period of sixty (60) days from the date of this Order for Plaintiffs to obtain substituted counsel. If Plaintiffs secure new counsel, the attorney shall enter his or her appearance on or before the sixty days expire. After such period, the matter will move forward, whether Plaintiff is proceeding with newly attained counsel or pro se;

**IT IS FURTHER ORDERED** that the telephonic scheduling conference scheduled for July 20, 2017 is **CANCELED**, to be rescheduled after the sixty days expires.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 18, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 18, 2017, by electronic and/or U.S. First Class mail.

s/ R. Loury
Case Manager